## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CAFN: 4:18-CV-00029-WTM-GRS |
| | ) |
| CENTER CONTRACTING COMPANY | ) |
| OF CENTRAL FLORIDA, LLC, | ) |
| CONTRAVEST MANAGEMENT | ) |
| COMPANY, TERESSA BLONDELL, | ) |
| ALVIN BLONDELL, RAM PARTNERS, | ) |
| LLC, and RICHEY INDUSTRIES, INC. | ) |
| | ) |
| Respondents. | ) |

## ORDER

Pending before the Court is Petitioner Admiral Insurance Company and

Respondents Center Contracting Company of Central Florida, LLC, Contravest

Management Company, Teressa Blondell, Alvin Blondell, and RAM Partners,

LLC, Motion to Stay Discovery. Having read and considered the Motion, the Court

orders it is granted, and that discovery is stayed pending the Court's ruling on the

Motion to Set Aside Default. The Court further sets forth the following deadlines:

| | | |
|---|---|---|
| 1. | Rule 26(a)(1) disclosures will be made: | 14 days after the Court's ruling on the Motion to Set Aside Default |
| 2. | Last day to furnish expert witness reports and disclosures by the petitioner: | 60 days after the Court's ruling on the Motion to Set Aside Default |

3.     Last day to furnish expert witness reports
        and disclosures by the respondents:              90 days after the Court's
                                                          ruling on the Motion to
                                                          Set Aside Default

So ORDERED this  19TH day of ___June___ , 2018.


                                      _____
                                      Magistrate Judge
                                      United States District Court
                                      Southern  District  of  Georgia
                                      Savannah Division