# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ADMIRAL INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-029 |
| | ) | |
| CENTER CONTRACTING CO. OF CENTRAL FLORIDA, LLC, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties' consent motion for a 90-day stay of discovery (doc. 48) is **GRANTED**.

**SO ORDERED,** this __20th__ day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA