# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CV418-29 |
| | ) |
| CENTER CONTRACTING COMPANY | ) |
| OF CENTRAL FLORIDA, LLC, | ) |
| CONTRAVEST MANAGEMENT | ) |
| COMPANY, TERESSA BLONDELL, | ) |
| ALVIN BLONDELL, RAM PARTNERS, | ) |
| LLC, and RICHEY INDUSTRIES, INC. | ) |
| | ) |
|     Respondents. | ) |

## **ORDER**

Pending before the Court is the Parties' Joint Motion for Clarification. The parties previously requested and received a stay of all proceedings for 90 days. (Docs. 48 and 50). Apparently confused about what a stay means, the parties have now asked for clarification. To be clear, all proceedings in this matter are stayed for ninety (90) days from the Court's Order dated May 20, 2019. (Doc. 50). Thus, all remaining dates contained in the Court's Scheduling Order (doc. 43) are extended for ninety (90) days.

So **ORDERED** this 18th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA