IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ADMIRAL INSURANCE COMPANY, )
)
    Petitioner, )
)
v. ) CASE NO. CV418-029
)
CENTER CONTRACTING COMPANY )
OF CENTRAL FLORIDA, LLC, )
CONTRAVEST MANAGEMENT )
COMPANY, TERESSA BLONDELL, )
ALVIN BLONDELL, RAM )
PARTNERS, LLC, and RICHEY )
INDUSTRIES, INC., )
)
    Respondents. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal without Prejudice. (Doc. 53.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of August 2019.

                                WILLIAM T. MOORE, JR.
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA